**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **PARSHA FLOYD,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:10-CV-143 (HL) |
| **BRIAN OWENS,** | : | |
| Defendant | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 16) filed April 18, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 17) filed May 5, 2011 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 25th day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**